ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                          )
                                                     )
Accurate Energetic Systems                           )   ASBCA Nos.    61897, 62341, 62383
                                                     )
Under Contract No.     000000-00-0-0000              )

APPEARANCES FOR THE APPELLANT:          Richard W. Arnholt, Esq.
                                        Sylvia Yi, Esq.
                                          Bass, Berry & Sims PLC
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Scott N. Flesch, Esq.
                                          Army Chief Trial Attorney
                                        Sean M. Connolly, Esq.
                                        CPT Brian C. Habib, JA
                                          Trial Attorneys

ORDER OF DISMISSAL

On November 23, 2020, the parties notified the Board that Appeal Nos. 61897, 62341, 62383 have been settled. Consistent with the settlement, the parties filed a Joint Request for the Dismissal with Prejudice. The appeals are dismissed with prejudice.

Dated: December 1, 2020

STEPHANIE CATES-HARMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61897, 62341, 62383, Appeals of Accurate Energetic Systems, rendered in conformance with the Board's Charter.

Dated:  December 2, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals